# EXHIBIT A

Case 2-22-02018-PRW, Doc 1-1, Filed 02/03/22, Entered 02/03/22 13:54:58, Description: Exhibit A, Page 1 of 2

<b>Exhibit A</b><br>Collegium Pharmaceutical, Inc.

| Check Date | Payment Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|
| 12/6/2019 | 12/18/2019 | $ 15,711.33 | DMI10120489 | 11/18/2019 | 7,040.41 |
|  |  |  | DMI10120490 | 11/18/2019 | 8,670.92 |
| 12/30/2019 | 1/15/2020 | 4,134.58 | DMI10175190 | 12/10/2019 | 4,134.58 |
| 1/3/2020 | 1/17/2020 | 3,261.00 | DMI10187406 | 12/16/2019 | 3,261.00 |
| 1/15/2020 | 1/28/2020 | 8,562.04 | DMI10213937 | 12/26/2019 | 8,562.04 |
| 1/17/2020 | 1/31/2020 | 5,583.56 | DMI10219421 | 12/30/2019 | 5,583.56 |
|  |  | $ 37,252.51 |  |  |  |