## CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Collegium Pharmaceuticals, Inc.
420 International Blvd., Ste. 500
Brooks, KY 40109

Collegium Pharma Inc.
Attn: Shirley Kuhlmann, General Counsel
100 Technology Center Drive, Ste. 300
Stoughton, MA 02072

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Collegium Pharmaceutical, Inc.
Attn: Joseph Ciaffoni, President & CEO
100 Technology Center Drive, Ste. 300
Stoughton, MA 02072

Collegium Pharmaceutical Inc.
420 International Blvd., Ste. 500
Brooks, KY 40109

Corporation Service Company, R/A for
Collegium Pharmaceutical, Inc.
251 Little Falls Drive
Wilmington, DE 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | | |
|---|---|---|
| Date | <u>February 4, 2022</u> | Signature <u>*/s/ Gini L. Downing*</u> |
| | Print Name: | <u>Gini L. Downing</u><br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>13th Floor |
| | Business Address: | <u>Los Angeles, CA 90067</u> |

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Collegium Pharmaceutical, Inc.
Attn: Joseph Ciaffoni, President & CEO
100 Technology Center Drive, Ste. 300
Stoughton, MA 02072

9590 9402 3367 7227 2943 67

2. Article Number (Transfer from service label)

7017 2400 0000 3936 7029

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Collegium Pharmaceutical Inc.
420 International Blvd., Ste. 500
Brooks, KY 40109

9590 9402 3367 7227 2943 50

2. Article Number (Transfer from service label)

7017 2400 0000 3936 7012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
☒ Agent
☐ Addressee

B. Received by (Printed Name): [illegible] Brooks KY
C. Date of Delivery: 2-10-22

[Stamp: FEB 10 2022]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) — C. Date of Delivery |
| 1. Article Addressed to:<br>Corporation Service Company, R/A for<br>Collegium Pharmaceutical, Inc.<br>251 Little Falls Drive<br>Wilmington, DE 19808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 3367 7227 2941 90 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3936 7005 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |