UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as Trustee of the RDC LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BIODELIVERY SCIENCES INTERNATIONAL, INC.,<br><br>Defendant. | Adv. Proc. No. 2:22-02011 (PRW) |
| Advisory Trust Group, LLC, as Trustee of the RDC LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>COLLEGIUM PHARMACEUTICAL, INC.,<br><br>Defendant. | Adv. Proc. No. 2:22-02018 (PRW) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Evelyn J. Meltzer (the "Movant") to be admitted *pro hac vice* to represent Defendant Biodelivery Sciences International, Inc. and Defendant Collegium Pharmaceutical, Inc. in the above-captioned bankruptcy case and adversary proceedings, and upon the Movant's certification that the Movant (i) is a partner at the law firm Troutman Pepper Hamilton Sanders LLP; (ii) is a member in good standing of the bars of the State of Delaware and

-1-

the Commonwealth of Pennsylvania and the bars of the United States District Courts for the District of Delaware and the Eastern District of Pennsylvania; and (iii) that there are no disciplinary proceedings against the Movant as a member of the bar in any jurisdiction where he is admitted, it is hereby:

ORDERED, that Evelyn J. Meltzer is admitted to practice *pro hac vice* in the above captioned bankruptcy case and adversary proceedings to represent Defendant Biodelivery Sciences International, Inc. and Defendant Collegium Pharmaceutical, Inc. in the United States Bankruptcy Court for the Western District of New York.

DATED: April 14, 2022 _____/s/_____
Rochester, New York HON. PAUL R. WARREN
United States Bankruptcy Judge